JENNIFER C. PIZER (SBN 152327)
*jpizer@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
4221 Wilshire Boulevard, Suite 280
Los Angeles, California 90010
Telephone: (213) 590-5903

OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
RICHARD SAENZ*
*rsaenz@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York
Telephone: (212) 809-8585

BRIDGET CRAWFORD*
*bcrawford@immigrationequality.org*
IMMIGRATION EQUALITY
594 Dean Street
Brooklyn, New York 11238
Telephone: (212) 714-2904

JEFFREY S. TRACHTMAN**
*jtrachtman@kramerlevin.com*
AARON M. FRANKEL**
*afrankel@kramerlevin.com*
JASON M. MOFF**
*jmoff@kramerlevin.com*
CHASE MECHANICK**
*cmechanick@kramerlevin.com*
KRAMER LEVIN NAFTALIS &
   FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

AUSTIN MANES (SBN 284065)
*amanes@kramerlevin.com*
KRAMER LEVIN NAFTALIS &
   FRANKEL LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 752-1718

* Application for admission *pro hac vice* pending.
** Application for admission *pro hac vice* forthcoming.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRATION EQUALITY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>    Defendants. | Case No.: 4:20-cv-09258<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND STAY UNDER 5 U.S.C. § 705.  [Civil L.R. 65-1]**<br><br>Date: *TBD*<br>Time: *TBD*<br>Ctrm.: *TBD* |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that as soon as counsel may be heard by the Court, Plaintiffs Immigration Equality, Oasis Legal Services, The TransLatin@ Coalition; Black LGBTQIA+ Migrant Project, and Transgender Law Center (collectively, "Plaintiffs"), will and hereby do move for the following relief:

1.  A Temporary Restraining Order ("TRO") under Federal Rule of Civil Procedure 65 against: Defendants U.S. Dept. of Homeland Security ("DHS"); Pete Gaynor, in his official capacity, if any, as Acting Secretary of DHS; Chad F. Wolf, in his official capacity, if any, as Acting Secretary of DHS; U.S. Department of Justice ("DOJ"); William P. Barr, in his official capacity as United States Attorney General; Executive Office for Immigration Review ("EOIR"); James McHenry, in his official capacity as Director of the EOIR; U.S. Citizenship and Immigration Services ("USCIS"); and Kenneth T. Cuccinelli in his official capacity as an Agent of DHS (collectively, "Defendants"), enjoining them from enforcing the rule titled *Procedures for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review*, 85 Fed. Reg. 80274 (Dec. 11, 2020) ("Final Rule");

2.  An Order to Show Cause why a Preliminary Injunction should not issue against: Defendants enjoining them from enforcing the Final Rule; and

3.  An order staying and postponing the effective date of the Final Rule pending judicial review under 5 U.S.C. § 705 of the Administrative Procedure Act ("APA").

Plaintiffs respectfully request nationwide relief in this immigration matter.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the Complaint filed December 21, 2020 at Dkt. No. 1 and attached as Exhibit L to the Declaration of Chase Mechanick filed herewith, the proposed order, the pleadings and papers on file in this action, any evidence and argument presented to the Court at or before the hearing on this motion, and all matters of which the Court may take judicial notice.

A TRO is necessary by Friday, January 8, 2021, to prevent immediate and irreparable harm to Plaintiffs, their members, and the populations that they serve. The Final Rule is scheduled to take

effect on Monday, January 11, 2021.  Because Defendants set the final rule to take effect 30 days after publication, Plaintiffs are unable to seek a preliminary injunction under the regularly-noticed motion schedule in this District.  Thus, Plaintiffs seek an expedited briefing and hearing schedule to preserve the status quo and prevent Defendants from implementing or enforcing the Final Rule.

On December 22, 2020, Christina P. Greer, Senior Litigation Counsel for the U.S. Department of Justice, entered an appearance on behalf of all Defendants in this action.  Declaration of Jennifer Pizer ("Pizer Decl."), filed herewith, ¶ 4.  The parties promptly engaged in correspondence regarding a briefing schedule for Plaintiffs' instant motion for a temporary restraining order.  Pizer Decl., ¶ 4-5.

After discussions concerning scheduling, Ms. Greer proposed that the Defendants' Opposition to Plaintiffs' TRO Motion be due on December 31, 2020, that Plaintiffs' Reply be due on January 5, 2020.  Plaintiffs agreed to Defendants' proposed dates and request that the Court enter a briefing schedule for the TRO Motion according to the dates in the preceding paragraph, and set a hearing between January 6-8, 2021 (subject to the Court's schedule).  Pizer Decl., ¶ 5-6.

Plaintiffs will provide a copy of the Complaint and Motion for TRO to Ms. Winslow and to Ms. Greer on the same day of filing.  *See* Proof of Service, filed herewith.

Respectfully submitted,

DATED: December 22, 2020

By: */s/ Austin Manes*
Austin Manes

| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) | AUSTIN MANES (SBN 284065) |
| *jpizer@lambdalegal.org* | *amanes@kramerlevin.com* |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| 4221 Wilshire Boulevard, Suite 280 | 990 Marsh Road |
| Los Angeles, California 90010 | Menlo Park, California 94025 |
| Telephone: (213) 590-5903 | Telephone: (650) 752-1718 |
| | |
| OMAR GONZALEZ-PAGAN* | JEFFREY S. TRACHTMAN** |
| *ogonzalez-pagan@lambdalegal.org* | *jtrachtman@kramerlevin.com* |
| RICHARD SAENZ* | AARON M. FRANKEL** |
| *rsaenz@lambdalegal.org* | *afrankel@kramerlevin.com* |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | JASON M. MOFF** |
| | *jmoff@kramerlevin.com* |

2

120 Wall Street, 19th Floor
New York, New York
Telephone: (212) 809-8585

BRIDGET CRAWFORD*
*bcrawford@immigrationequality.org*
IMMIGRATION EQUALITY
594 Dean Street
Brooklyn, New York 11238
Telephone: (212) 714-2904

CHASE MECHANICK**
*cmechanick@kramerlevin.com*

KRAMER LEVIN NAFTALIS &
   FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

* Application for admission *pro hac vice* pending.
** Application for admission *pro hac vice* forthcoming.
 *Counsel for Plaintiffs*

3

PLAINTIFFS' NTC. OF MOTION AND MOTION
FOR IMMEDIATE INJUNCTIVE RELIEF

Case No.: 4:20-cv-09258