UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRATION EQUALITY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>   Defendants. | Case No.  20-cv-09258-JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE RE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 13 |

The Court has received Plaintiffs' motion for a temporary restraining order.  The Court sets this briefing schedule pending a determination on Plaintiffs' administrative motion to determine whether this case is related to the earlier-filed *Pangea Legal Services v. U.S. Department of Homeland Security*, No. 20-cv-07721-SI (N.D. Cal. Nov. 2, 2020).  If the cases are not related, the Court shall proceed with the briefing schedule and hearing date as set forth in this Order.

It is HEREBY ORDERED that Defendants' opposition to Plaintiffs' motion shall be due no later than December 31, 2020, and Plaintiffs shall file their reply by no later than January 5, 2021.  It is FURTHER ORDERED that the Court shall hear Plaintiffs' motion at 9:00 a.m. on Friday, January 8, 2021 via Zoom.

**IT IS SO ORDERED.**

Dated: December 23, 2020

_____
JEFFREY S. WHITE
United States District Judge