United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRATION EQUALITY, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                Defendants. | Case No.  20-cv-09258-JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the Court HEREBY REFERS this matter to Judge James Donato to determine whether this case is related to *Pangea Legal Services, et al. v. U.S. Department of Homeland Security, et al.*, Case No. 20-cv-09253-JD (N.D. Cal. Dec. 21, 2020).[1]

**IT IS SO ORDERED.**

Dated: December 23, 2020

_____
JEFFREY S. WHITE
United States District Judge

---

[1]     The briefing schedule in place for Plaintiffs' motion for a temporary restraining order remains in place pending a determination on the relation of these cases.