Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Immigration Equality, et al.,                          )
                                                       )   Case No: 4:20-cv-09258
                          Plaintiff(s),                )
                                                       )   **APPLICATION FOR**
          v.                                           )   **ADMISSION OF ATTORNEY**
                                                       )   **PRO HAC VICE**
U.S. Dept. of Homeland Security, et al.                )   (CIVIL LOCAL RULE 11-3)
                                                       )
                          Defendant(s).                )
                                                       )

I, Aaron M. Frankel, an active member in good standing of the bar of New York Ct. of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Austin Manes, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kramer Levin Naftalis & Frankel LLP | Kramer Levin Naftalis & Frankel LLP |
| 1177 Avenue of the Americas, NY, NY 10036 | 990 Marsh Rd., Menlo Park, CA 94025 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 715-7793 | (650) 752-1700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| afrankel@kramerlevin.com | amanes@kramerlevin.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY 4025888.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/23/20

Aaron M. Frankel
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Aaron M. Frankel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/4/2021

UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER