Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IMMIGRATION EQUALITY, et al.      )
                                        )   Case No: 3:20-cv-09258-JD
                    Plaintiff(s),   )
                                        )   **APPLICATION FOR**
           v.                               )   **ADMISSION OF ATTORNEY**
U.S. DEPARTMENT OF                  )   **PRO HAC VICE**
HOMELAND SECURITY, et al.      )   (CIVIL LOCAL RULE 11-3)
                                        )
                   Defendant(s).   )

I, _____Justin D. Kingsolver_____, an active member in good standing of the bar of _____District of Columbia_____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____Amicus Curiae AIDS United_____ in the above-entitled action. My local co-counsel in this case is _____Gail Zirkelbach_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| 1001 Pennsylvania Avenue N.W. | 515 South Flower St., 40th Floor |
| Washington, DC 20004 | Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 624-2500 | (213) 622-4750 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jkingsolver@crowell.com | gzirkelbach@crowell.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____1033806_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/04/21                                          Justin D. Kingsolver
                                                      APPLICANT

## ORDER DENYING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Justin D. Kingsolver_____ is denied. Gail Zirkelbach an attorney is not a member of the bar of this Court in good standing.

Dated: 1/7/2021

_____
UNITED STATES DISTRICT JUDGE