UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 7, 2021  Judge: Hon. James Donato

Time: 38 Minutes

Case No.  **C-20-09253-JD Pangea Legal Services et al v. U.S. Department of Homeland Security et al**
**C-20-09258-JD Immigration Equality et al v. U.S. Department of Homeland Security et al**

Attorney(s) for Plaintiff(s): Jamie Crook/Omar Gonzalez-Pagan/Bridget Crawford
Attorney(s) for Defendant(s): August E. Flentje/Christina P. Greer

Deputy Clerk: Lisa R. Clark
Court Reporter: Belle Ball

PROCEEDINGS

Motions for Temporary Restraining Order and Preliminary Injunction -- Held (by Zoom webinar)

NOTES AND ORDERS

The Court hears oral argument on the applications for a temporary restraining order and preliminary injunction, Case No. 20-cv-09253, Dkt. No. 27; Case No. 20-cv-09258, Dkt. No. 13, and takes them under submission.