UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Pangea Legal Services, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. Dep't of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No. 3:20-cv-09253-JD<br><br>**JOINT STIPULATION TO HOLD CASES IN ABEYANCE**<br><br>Hearing Date:<br>Hearing Time: |
| Immigration Equality, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. Dep't of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No. 3:20-cv-09258-JD |

## STIPULATION

PLEASE TAKE NOTICE that the parties by and through their undersigned counsel hereby stipulate to hold these cases, including the pending motion to reconsider, in abeyance pending review of the Rule at issue in this case, Procedures for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review, 85 Fed. Reg. 80,274 (Dec. 11, 2020) (the "Final Rule"), by the Departments of Justice and Homeland Security. In support of this Stipulation, the parties state as follows:

1.    These cases involve an Administrative Procedure Act ("APA") challenge to the Final Rule.

2.    On January 8, 2021, the Court issued a preliminary injunction, enjoining the Final Rule nationwide.

3.    On January 20, 2021, due to the change in administration, there was new leadership

at the Departments of Justice and Homeland Security.  Department leadership requests additional time so that new Department of Justice and Homeland Security officials have sufficient time to become familiar with the issues in these cases.

4.      In addition, the Departments indicate that the Final Rule is under review.

5.      Holding these cases, including Defendants' motion to reconsider in the *Pangea Legal Services* case, in abeyance therefore will allow incoming Department leadership time to consider the issues in these cases and to review the Final Rule.  There have been no previous extensions of time in these actions.

6.      Should the Court so-order this Stipulation, the preliminary injunction of the Final Rule will remain in force and Defendants will continue to adhere to this Court's order enjoining implementation, enforcement, or application of the Final Rule and any related policies or procedures.  The parties propose to submit a status report to the Court within 90 days, updating the Court on the status of the Final Rule and policy changes or other developments, if any, that are likely to materially impact these cases.

Respectfully submitted,

By:     */s/ Naomi Igra*
        NAOMI IGRA
        Sidley Austin LLP
        555 California Street, Suite 2000
        San Francisco, CA 94104
        Tel. (415) 772-1200
        Naomi.Igra@sidley.com

        *Counsel for Pangea Plaintiffs*

By:     */s/ Jennifer C. Pizer*
        JENNIFER C. PIZER
        Lambda Legal Defense & Educ. Fund
        4221 Wilshire Boulevard, Suite 280
        Los Angeles, California 90010
        Tel.: (213) 590-5903
        JPizer@lambdalegal.org

*Counsel for Immigration Equality Plaintiffs*

By:     /s/ *Christina P. Greer*
        CHRISTINA P. GREER
        Senior Litigation Counsel
        U.S. Department of Justice, Civil Division
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044
        Tel. (202) 598-8770
        Christina.P.Greer@usdoj.gov

        *Counsel for Defendants*

Dated: January 27, 2021