# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Pangea Legal Services, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Dept. of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 3:20-cv-09253-JD <br><br> **JOINT STATUS REPORT** <br><br> Hearing Date: <br> Hearing Time: |
| Immigration Equality, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Dept. of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 3:20-cv-09258-JD |

## STATUS REPORT

On January 8, 2021, this Court issued a preliminary injunction enjoining the Final Rule at issue in both cases. *See Pangea* ECF 66; *Immigration Equality*, ECF 55.

On January 27, 2021, the Court granted the parties' Joint Stipulation to Hold Cases in Abeyance while the preliminary injunction remained in effect. In the stipulation, the parties agreed to submit a status report within 90 days of the Court's order, "updating the Court on the status of the Final Rule and policy changes or other developments, if any, that are likely to materially impact these cases." *Pangea*, ECF 75 at 2, *Immigration Equality*, ECF 60 at 2. On April 19, 2021, the parties submitted a joint request for the cases to remain in abeyance while they continued discussions on the issues regarding providing notice of the preliminary injunction to the public and

asylum applicants and to submit a status report in 30 days. *Pangea*, ECF 81, *Immigration Equality*, ECF 63. The Court granted this request on April 19, 2021, and ordered the parties to file a "joint status report by May 19, 2021, advising the Court of the status of the government's review of the regulation at issue in these cases, and of any relevant policy changes or other material developments." *Pangea*, ECF 82, *Immigration Equality*, ECF 64.

On May 19, 2021, the parties submitted a joint status report in which the parties set forth their respective positions on whether the Government was complying with the Court's preliminary injunction, and Plaintiffs requested a status conference. The Court scheduled a status conference, which was held on August 19, 2021. During the conference, the Court indicated that it wished for the Government to take certain actions with respect to their websites and indicated an interest in resolving the case. In a subsequent order, the Court directed the parties "to meet and confer about the agency websites and links to the enjoined portions of the CFR" and to submit a joint status report by September 20, 2021, along with "a proposal for resolution of the cases, including entry of a permanent injunction." *Pangea*, ECF 85; *Immigration Equality*, ECF 67. The parties have met and conferred and have the following to report to the Court.

**Defendants' Websites and Links to the CFR**

The Executive Office for Immigration Review and U.S. Citizenship and Immigration Services have added banners to the websites that link to the eCFR indicating that portions of Title 8 have been preliminarily enjoined and are not currently in effect along the lines of the Court's suggestion during the August 19 conference:



3

JOINT STATUS REPORT
Nos. 3:20-cv-09253-JD & 3:20-cv-09258-JD

The Government is participating in ongoing discussions with Plaintiffs about other mechanisms for providing the public with information about the currently operative regulations.

**Proposal for Proceedings**

The parties have met and conferred and are making substantial progress in their discussions on how the case should proceed. At this time, the parties request additional time to discuss the possible options. The parties jointly request that the Court extend the parties' deadline for setting forth a proposal for further proceedings in this case for 30 days, until October 20, 2021, to allow the parties time to explore all options. The parties request that this Court's preliminary injunction continue to remain in effect during this time.

Respectfully submitted,

By:     */s/ Naomi A. Igra*
        NAOMI A. IGRA
        Sidley Austin LLP
        555 California St., Suite 2000
        San Francisco, CA 94104
        Tel. (415) 772-1200
        naomi.igra@sidley.com

By:     */s/ Christina P. Greer*
        CHRISTINA P. GREER
        Senior Litigation Counsel
        U.S. Department of Justice, Civil Division
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044
        Tel. (202) 598-8770
        Christina.P.Greer@usdoj.gov

*Counsel for Pangea Plaintiffs*

*Counsel for Defendants*

By:     */s/ Omar Gonzalez-Pagan*
        OMAR GONZALEZ-PAGAN
        Lambda Legal Defense and
        Education Fund, Inc.
        120 Wall Street, 19th Floor
        New York, NY 10005
        Tel. (212) 809-8585
        ogonzalez-pagan@lambdalegal.org

*Counsel for Immigration Equality Plaintiffs*

Dated: September 20, 2021